IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD RAY GILBERT,

Plaintiff,

v.

MASSAC COUNTY,

Defendant.

Case No. 16-cv-460 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 23, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**


**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**